**Fill in this information to identify the case:**

Debtor 1: Regina C. Pope

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: NORTHERN District of FL (State)

Case number: 19-50014-KKS

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 0 4

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 4/09/2019 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Objection to Confirmation of Plan | 2/15/2019 | (11) | $ 500.00 |
| 12. Other. Specify: CH 13 Plan review Fee | 4/8/2019 | (12) | $ 350.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Regina C. Pope | Case number (if known) | 19-50014-KKS |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Alexandra Kalman
Signature

Date 05 / 28 / 2019

Print: Alexandra Kalman
First Name    Middle Name    Last Name

Title  Attorney

Company: Lender Legal Services, LLC

Address: 201 East Pine Street, Suite 730
Number    Street
Orlando, FL 32801
City    State    ZIP Code

Contact phone (407) 730-4644

Email akalman@lenderlegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was either sent electronically or by U.S. mail, first-class postage pre-paid, to:

Regina C. Pope
2931 Pelican Lane
Marianna, FL 32448
(U.S. Mail)

Charles M. Wynn
Charles M. Wynn Law Offices, P.A.
P.O. Box 146
Marianna, FL 32447
(ECF)

Trustee
Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302
(ECF)

U.S. Trustee
United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301
(ECF)

on May 31, 2019.

Respectfully submitted:

/s/ Alexandra Kalman
Alexandra Kalman
FBN 109137
Lender Legal Services, LLC
Attorney for Secured Creditor
201 E. Pine Street, Suite 730
Orlando, FL 32801
Phone: (407) 730-4644
Fax: (888) 337-3815
akalman@lenderlegal.com